# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>WEISS, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00852-LJO-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 2)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's excessive force claims against Defendants Weiss, Hurtado, and Zavleta, for the incident of November 15, 2013.

On June 20, 2018, the Court ordered Plaintiff to submit a motion for leave to proceed in forma pauperis or the $400.00 filing fee to proceed with this action. (ECF No. 2.) The deadline to submit the application or pay the filing fee has expired, and Plaintiff has not complied with this order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Further, the failure of Plaintiff to prosecute this action is grounds for dismissal. In re Phenylpropanolamine (PPA) Products Liability

1

Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006).

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of the Court shall serve this order and a blank application to proceed *in forma pauperis* by a prisoner on Plaintiff;

2. Within **twenty-one (21) days** of service of this order, Plaintiff shall EITHER:

    a. Complete and return the application to proceed *in forma pauperis*, or in the alternative, pay the $400.00 filing fee for this action; OR

    b. Show cause in writing why this action should not be dismissed for failure to prosecute and failure to obey a court order; and

3. **Plaintiff's failure to comply with this order will result in the dismissal of this action for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated: **April 5, 2019**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE